**Order entered April 10, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-18-01068-CR
No. 05-18-01069-CR

**ROBERT HOWARD GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-76425-T & F16-76426-T**

## ORDER

Before the Court is appellant's April 8, 2020 motion to supplement the record.

We abated the appeals because of issues regarding the reporter's record. On November 26, 2019, the trial court filed its findings of fact from its October 17, 2019 hearing. We adopted the findings and ordered the reporter's record due.

Although the reporter's record from the underlying trial has been filed, to date, the reporter's record from the October 17, 2019 hearing has not been filed.

We **ORDER** court reporter Debi Harris to file the supplemental reporter's record from the October 17, 2019 hearing and any other hearings held by the Honorable Gary Stephens in conjunction with the November 26, 2019 "Trial Court's Findings of Fact" **WITHIN FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; the Honorable Gary Stephens, Presiding Judge, Auxiliary Court No. 8; court reporter Debi Harris; court reporter Sharina Fowler; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE